B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *Jenkins, Raquel C.* | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **5491** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): *232 S. Highpoint* *Apt #108* *Romeoville, IL* ZIPCODE *60446* | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business: *Will* | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): *SAME* ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE* ZIPCODE |
|---|

**Type of Debtor** (Form of organization) (Check **one** box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offici al Form 3B.

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Raquel C. Jenkins* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | | (If more than two, attach additional sheet) |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br><br>☐ Exhibit A is attached and made a part of this petition</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  <i>/s/ Richard S. Bass</i>                          <i>04/11/2014</i><br><span style="font-size:small">Signature of Attorney for Debtor(s)                          Date</span></td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Raquel C. Jenkins* |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Raquel C. Jenkins*
_____
Signature of Debtor

**X**
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*04/11/2014*
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
_____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

**Signature of Attorney***

**X** */s/ Richard S. Bass*
_____
Signature of Attorney for Debtor(s)

*Richard S. Bass 6189009*
_____
Printed Name of Attorney for Debtor(s)

*Law Office of Richard S. Bass, LTD.*
_____
Firm Name

*2021 Midwest Road*
_____
Address

*Suite #200*
_____

*Oak Brook, IL  60523*
_____

*630-953-8655*
_____
Telephone Number

*04/11/2014*
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X**
_____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1)  Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**.  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**FORM B6A (Official Form 6A) (12/07)**

In re _Raquel c. Jenkins_ ,                                    Case No._____

_____
                    Debtor(s)                                                          (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _Raquel c. Jenkins_____ ,    Case No. _____
                    **Debtor(s)**                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Acct:   Chase*<br>*Location: In debtor's possession*<br><br>*Savings Acct:   Tech Credit Union*<br>*Location: In debtor's possession* | | $100.00<br><br>$50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household Furniture*<br>*Location: In debtor's possession*<br><br>*Misc used household goods and furnishings*<br>*Location: In debtor's possession* | | $1,000.00<br><br>$1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used perosnal items books and pictures*<br>*Location: In debtor's possession* | | $200.00 |
| 6. Wearing apparel. | | *Misc used personal clothing*<br>*Location: In debtor's possession* | | $500.00 |
| 7. Furs and jewelry. | X | | | |

Page __1__ of __3__

B6B (Official Form 6B) (12/07)

In re _Raquel C. Jenkins_ _____,    Case No. _____
Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07)

In re __Raquel C. Jenkins_____,    Case No. _____
                    Debtor(s)                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➡ | $2,950.00 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/13)

In re __Raquel c. Jenkins_____,    Case No. _____
                    Debtor(s)                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Checking Acct:  Chase | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Savings Acct:  Tech Credit Union | 735 ILCS 5/12-1001(b) | $ 50.00 | $ 50.00 |
| Misc used household goods and furnishings | 735 ILCS 5/12-1001(b) | $ 1,000.00 | $ 1,000.00 |
| Misc used perosnal items books and pictures | 735 ILCS 5/12-1001(a) | $ 200.00 | $ 200.00 |
| Misc used personal clothing | 735 ILCS 5/12-1001(a) | $ 500.00 | $ 500.00 |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Raquel c. Jenkins_____,      Case No._____
  **Debtor(s)**                                                      **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _2696_<br><br>_Creditor # : 1_<br>_Colortyme Furniture_<br>_2159 W. Jefferson_<br>_Joliet IL 60435_ | | _2914_<br><br>_Purchase Money Security_<br><br>_Household Furniture_<br><br><br>Value: _$ 1,000.00_ | | | | $ 3,200.00 | $ 2,200.00 |
| Account No: | | <br><br><br><br><br>Value: | | | | | |

No continuation sheets attached

|  |  |  |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | $ 3,200.00 | $ 2,200.00 |
| **Total $**<br>(Use only on last page) | $ 3,200.00 | $ 2,200.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re _Raquel C. Jenkins_____,          Case No._____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Raquel C. Jenkins_ ,                                   Case No. _____
            **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2514<br><br>Creditor # : 1<br>AAron's (The Rebl Co Inc.)<br>Attn: Collections<br>1218 N. Lake St<br>Aurora IL 60506 | | | 2004-2010<br>Credit Purchases | | | | $ 1,979.00 |
| Account No: 1021<br><br>Creditor # : 2<br>Advance America<br>Cash Advance Ctrs of Illinois<br>1552 N. Aurora Rd, #100<br>Naperville IL 60563 | | | 2004-2010<br>Loan | | | | $ 525.00 |
| Account No: 0711<br><br>Creditor # : 3<br>Advanced Call Ctr Technologies<br>RE: Sprint<br>Box 8577<br>Gray TN 37615 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |

_24_ continuation sheets attached

Subtotal $ | $ 2,504.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_ _____,     Case No._____
**Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   5166<br>Creditor # : 4<br>Adventist Bolingbrook Hospital<br>Attn:  Patient Accts<br>500 Remington Blvd<br>Bolingbrook IL 60440 | | 2004-2010<br>Medical Bills | | | | $ 75.00 |
| Account No:   7001<br>Creditor # : 5<br>Adventist Bolingbrook Hospital<br>Attn:  Patient Accts<br>500 Remington Blvd<br>Bolingbrook IL 60440 | | 2004-2010<br>Medical Bills | | | | $ 3,026.00 |
| Account No:   6807<br>Creditor # : 6<br>Advocate Health-Good Samaritan<br>Attn:  Patient Accts<br>3815 Highland Ave<br>Downers Grove IL 60516 | | 2004-2010<br>Medical Bills | | | | $ 424.00 |
| Account No:<br>Creditor # : 7<br>Ally Bank<br>RE Collection Dept<br>PO Box 951<br>Horsham PA 19044 | | 2009-2014<br>Credit Account | | | | $ 0.00 |
| Account No:   5993<br>Creditor # : 8<br>American Bankers Insurance Co<br>Attn:  Bankruptcy Dept<br>23852 Netwrok Place<br>Chicago IL 60673-1238 | | 2009-2014<br>Insurance Premium | | | | $ 71.00 |

Sheet No.   _1_  of   _24_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 3,596.00
Total $   |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_____,      Case No._____
                        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4823<br><br>Creditor # : 9<br>American Family Insurance<br>Attn Collection Dept<br>6000 American Pky<br>Madison WI 53783-0001 | | | 2007<br>Insurance Premium | | | | $ 300.00 |
| Account No:   6A16<br><br>Creditor # : 10<br>American Medical Collection<br>RE:  LabCorp of America<br>2269 S. Saw Mill River Rd, #3<br>Elmsford NY 10523 | | | 2004-2010<br>Collection on Medical Bills | | | | $ 106.00 |
| Account No:   4361<br><br>Creditor # : 11<br>Americash Loans, L.L.C.<br>Attn:  Bankrupcty Dept<br>848 N. Route 59<br>Aurora IL 60504 | | | 2004-2010<br>Loan | | | | $ 1,102.00 |
| Account No:   1960<br><br>Creditor # : 12<br>Arnold Scott Harris, P.C.<br>RE:  City of Chicago<br>111 W. Jackson Blvd    #600<br>Chicago IL 60604 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:   6038<br><br>Creditor # : 13<br>ATG Credit, LLC<br>RE:  Valley Imaging Consultant<br>1700 W Corland St  #201<br>Chicago IL 60622 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |

Sheet No.   2  of    24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,508.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_____,          Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 14 <br> Baker College <br> RE: Collection Dept <br> 1020 S. Washington St <br> Owosso MI 48867 | | | 2009-2014 <br> School Tuition | | | | $ 0.00 |
| Account No: <br> Creditor # : 15 <br> Bank of America <br> Attn: Bankruptcy Dept <br> PO BOX  982235 <br> El Paso TX 79998-2235 | | | 2009-2014 <br> Credit Account | | | | $ 0.00 |
| Account No: <br> Creditor # : 16 <br> Berwyn Police Dept <br> Attn:  Collections <br> 6401 W 31st St <br> Berwyn IL 60402 | | | 2004-2010 <br> Parking Violations | | | | $ 300.00 |
| Account No:    9814 <br> Creditor # : 17 <br> Biehl & Biehl, Inc. <br> RE:  Chicago Tribune <br> 325 E. Fullerton Ave <br> Carol Stream IL 60188 | | | 2009-2014 <br> Collection | | | | $ 39.00 |
| Account No:    5491 <br> Creditor # : 18 <br> Brown Mackie College <br> RE Financial Dept <br> 1000 East 80th Place #101 <br> Merrillville IN 46410-7033 | | | 2009 <br> Notice | | | | $ 0.00 |

Sheet No.  _3_ of  _24_ continuation sheets attached to Schedule of              **Subtotal $** | $ 339.00
Creditors Holding Unsecured Nonpriority Claims                                        **Total $** |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel C. Jenkins_ _____ ,      Case No._____
           **Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    0915 | | | 2004-2010 | | | | $ 0.00 |
| Creditor # : 19 Capital Management Services RE:  Credit One Bank 726 Exchange Street, Suite 700 Buffalo NY 14210 | | | Notice to Collector | | | | |
| Account No.    8514 | | | 2004-2010 | | | | $ 1,039.00 |
| Creditor # : 20 Capital One Attn:  Bankruptcy Dept P.O. BOX  5155 Norcross GA 30091 | | | Credit Account | | | | |
| Account No.    6534 | | | 2009-2014 | | | | $ 490.00 |
| Creditor # : 21 Capital One Attn:  Bankruptcy Dept P.O. BOX  30285 Salt Lake City UT 84130-0285 | | | Credit Account | | | | |
| Account No.    8633 | | | 2004-2010 | | | | $ 200.00 |
| Creditor # : 22 CBE Group Inc. RE: Commonwealth Edison 131 Tower Park Dr, #100 Waterloo IA 50701 | | | Collection on Utility Bills | | | | |
| Account No. | | | 2009-2014 | | | | $ 0.00 |
| Creditor # : 23 Charter One Bank Attn:  Bankruptcy Dept 1 Citizens Dr Riverside RI 02915 | | | Credit Account | | | | |

Sheet No.   4   of    24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,729.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_____ ,          Case No._____
                    **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 24 <br> Chase <br> Attn: Bankruptcy Dept <br> PO BOX 15298 <br> Wilmington DE 19850-5298 | | | 2009-2014 <br> Credit Account | | | | $ 0.00 |
| Account No: <br><br> Creditor # : 25 <br> Check 'n Go <br> Attn: Collections <br> 4540 Cooper Rd #305 <br> Cincinnati OH 45242 | | | 2009-2014 <br> Loan | | | | $ 0.00 |
| Account No: <br><br> Creditor # : 26 <br> City of Chicago <br> Dept of Revenue <br> PO BOX 88292 <br> Chicago IL 60680-1292 | | | 2010 <br> Judgement | | | | $ 395.00 |
| Account No: 1960 <br><br> Creditor # : 27 <br> City of Chicago <br> Department of Revenue <br> PO BOX 88292 <br> Chicago IL 60680-1292 | | | 2009-2014 <br> Traffic Violations | | | | $ 883.00 |
| Account No: 1960 <br><br> Creditor # : 28 <br> City of Chicago <br> Dept of Revenue <br> PO BOX 88292 <br> Chicago IL 60680-1292 | | | 2004-2010 <br> Camera Traffic Violation | | | | $ 100.00 |

Sheet No. __5__ of __24__ continuation sheets attached to Schedule of                **Subtotal $**        | $ 1,378.00 |
Creditors Holding Unsecured Nonpriority Claims                                              **Total $**         |            |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_____,     Case No._____
                    **Debtor(s)**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 29<br>City of Naperville<br>Attn:   Collection Dept<br>400 S. Eagle St<br>Naperville IL 60540 | | | 2009-2014<br>Utility Bills | | | | $ 0.00 |
| Account No:   9737<br>Creditor # : 30<br>Collection Professionals Inc<br>RE: Dr. Michael Reicherts<br>723 First St<br>La Salle IL 61301-2535 | | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 31<br>College of DuPage<br>Attn:  SRC Bldg, Room 2049A<br>425 Fawell Blvd<br>Glen Ellyn IL 60137-6599 | | | 2009-2014<br>School Tuition | | | | $ 0.00 |
| Account No:   2135<br>Creditor # : 32<br>Comcast<br>Attn:  Bankruptcy Dept<br>PO BOX  3002<br>Southeastern PA 19398-3002 | | | 2009-2014<br>Cable Television | | | | $ 350.00 |
| Account No:   8167<br>Creditor # : 33<br>Commonwealth Edison<br>Attn:  Bankruptcy Dept<br>2100 Swift Drive<br>Oak Brook IL 60523-9644 | | | 2009-2014<br>Utility Bills<br>Acct: 9873768167 | | | | $ 400.00 |

Sheet No.   _6_ of   _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 750.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel C. Jenkins_ ,        Case No._____
            **Debtor(s)**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   2070<br>Creditor # : 34<br>Continental Finance Co, LLC<br>Attn:  Bankruptcy Dept<br>PO BOX  8099<br>Newark DE 19714-8099 | | 2004-2010<br>Credit Account | | | | $ 588.00 |
| Account No:<br>Creditor # : 35<br>Countrywood Apartments<br>RE Collection Dept<br>787 Inland Dr<br>Naperville IL 60563 | | 2009-2014<br>Arrearage on Rent | | | | $ 0.00 |
| Account No:   4853<br>Creditor # : 36<br>Credit Collection Services<br>RE:  American Family Ins<br>Two Wells Avenue<br>Newton Center MA 02459 | | 2004-2010<br>Collection | | | | $ 311.00 |
| Account No:   9698<br>Creditor # : 37<br>Credit Control LLC<br>RE:  Phoenix Asset<br>245 E Roselawn,  #25-26<br>Maplewood MN 55117 | | 2004-2010<br>Collection | | | | $ 860.00 |
| Account No:   3164<br>Creditor # : 38<br>Credit Management<br>RE:  Comcast<br>4200 International Pkwy<br>Carrollton ITX 75007-1906 | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |

Sheet No.   7   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal $        $ 1,759.00

            Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel C. Jenkins_ ,                                      Case No._____

**Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0704  Creditor # : 39 Credit Management RE:  US Cellular 4200 International Pkwy Carrollton TX 75007 | | | *2009-2014* *Notice to Collector* | | | | $ 0.00 |
| Account No:   0915  Creditor # : 40 Credit One Bank Attn:  Bankruptcy Dept PO BOX  98873 Las Vegas NV 89193 | | | *2004-2010* *Credit Account* | | | | $ 706.00 |
| Account No:   3742  Creditor # : 41 Credit Protection Assoc RE:  COMCAST 13355 Noel Rd, Suite 2100 Dallas TX 75240 | | | *2004-2010* *Collection* | | | | $ 197.00 |
| Account No:   4934  Creditor # : 42 Credit Protection Assoc RE:  COMCAST 13355 Noel Rd, Suite 2100 Dallas TX 75240 | | | *2004-2010* *Collection* | | | | $ 655.00 |
| Account No:   JEND  Creditor # : 43 Crescent Primary Care Attn:  Patient Accts 2132 Deep Water Ln  #228 Naperville IL 60564-8568 | | | *2004-2010* *Medical Bills* | | | | $ 200.00 |

Sheet No.   8   of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 1,758.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_ _____ ,   Case No._____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 44 <br> Direct Loan SVC System <br> Attn:  Bankruptcy Dept <br> PO BOX   5609 <br> Greenville TX 75403-5609 | | | 2009-2014 <br> Notice | | | | $ 0.00 |
| Account No:    2810 <br> Creditor # : 45 <br> Diversified Adjustment Service <br> RE:  Sprint <br> 600 Coon Rapids Blvd <br> Coon rapids MN 55433 | | | 2004-2010 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    2907 <br> Creditor # : 46 <br> Dr. Alan Villanueva D.M.D. <br> Attn:  Patient Accts <br> 7546 S. Janes Ave <br> Woodridge IL 60517-2926 | | | 2004-2010 <br> Medical Bills | | | | $ 116.00 |
| Account No:    1070 <br> Creditor # : 47 <br> DSG Collect <br> RE:  Rush Copley Med Ctr <br> 1824 W Grand Ave   #200 <br> Chicago IL 60622 | | | 2009-2014 <br> Collection on Medical Bills | | | | $ 2,700.00 |
| Account No:    9720 <br> Creditor # : 48 <br> DuPage Medical Group <br> Attn:  Patient Accts <br> 1860 Payshpere Circle <br> Chicago IL 60674 | | | 2004-2010 <br> Medical Bills | | | | $ 667.00 |

Sheet No.   _9_ of   _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 3,483.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_ _____ ,      Case No._____
**Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   5816<br><br>Creditor # : 49<br>Edward Hospital<br>Attn:   Patients Accts<br>PO Box 4207<br>Carol Stream  IL 60197-4207 | | 2004-2010<br>Medical Bills | | | | $ 65.00 |
| Account No.   3777<br><br>Creditor # : 50<br>Emergency Healthcare Physician<br>RE Collection Dept<br>120 N. Oak St<br>Hinsdale IL 60521 | | 2004-2010<br>Medical Bills | | | | $ 720.00 |
| Account No.   2409<br><br>Creditor # : 51<br>Enhanced Recovery Corp<br>RE:   Sprint<br>8014 Bayberry Rd<br>Jacksonville FL 32256 | | 2009-2014<br>Notice to Collector | | | | $ 0.00 |
| Account No.<br><br>Creditor # : 52<br>Enterprise Rent A Car<br>Attn: Loss Prevention Dpt<br>PO Box 2472<br>Glen Ellyn IL 60138-2472 | | 2090-2014<br>Automobile Rental | | | | $ 0.00 |
| Account No.<br><br>Creditor # : 53<br>Everest College<br>RE Collection Dept<br>150 Lincoln Way   #100<br>North Aurora IL 60542 | | 2009-2014<br>School Tuition | | | | $ 0.00 |

Sheet No. _10_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ......... $ 785.00

Total $ .........

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_ _____ ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   9347<br>Creditor # : 54<br>Fast Cash Advance<br>Attn:  Bankruptcy Dept<br>4231L N. Bolingbrook Dr<br>Bolingbrook IL 60440 | | 2004-2010<br>Loan | | | | $ 671.00 |
| Account No:   1916<br>Creditor # : 55<br>FBCS<br>RE:  Bank of America<br>2200 Byberry Rd,  #120<br>Hatboro PA 19040-3738 | | 2004-2010<br>Collection | | | | $ 252.00 |
| Account No:   7667<br>Creditor # : 56<br>Fifth Third Bank<br>Attn:  Bankruptcy Dept<br>5001 Kingsley Dr<br>Cincinnati OH 45263 | | 2004-2010<br>Overdraft Account | | | | $ 412.00 |
| Account No:<br>Creditor # : 57<br>First Bank of Delaware<br>Attn:  Bankruptcy Dept<br>1608 Walnut St, #1000<br>Philadelphia PA 19103 | | 2004-2010<br>Notice | | | | $ 0.00 |
| Account No:   5566<br>Creditor # : 58<br>First Financial Asset Mgmt<br>RE:  Nuvell-Semperian<br>PO Box 6887<br>Miramar Beach FL 32550 | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |

Sheet No.   11  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,335.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_____ ,        Case No._____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 59<br>First Midwest Bank<br>Attn:  Bankruptcy Dept<br>300 N. Hunt Club Rd<br>Gurnee IL 60031 | | | 2009-2014<br>Credit Account | | | | $ 0.00 |
| Account No:   9586<br>Creditor # : 60<br>GE Credit Bank/Sams Club<br>Attn:  Bankruptcy Dept<br>PO Box 103104<br>Roswell GA 30076 | | | 2009-2014<br>Credit Account | | | | $ 442.00 |
| Account No:<br>Creditor # : 61<br>Gerlad Howell<br>1842 Wesley Ave<br>Berwyn IL 60402 | X | J | 2008<br>Former Landlord<br>Cook County Case 08 M4 462 | | | | $ 1,590.00 |
| Account No:<br>Creditor # : 62<br>Gottlieb Memorial Hospital<br>Attn:   Patient Accts<br>701 W. North Ave<br>Melrose Park IL 60160 | | | 2009-2014<br>Medical Bills | | | | $ 0.00 |
| Account No:   4013<br>Creditor # : 63<br>Great Chicago Finance Co<br>Attn:  Bankruptcy Dept<br>8331 W. Roosevelt Rd<br>Forest Park IL 60130 | | | 2014<br>Deficiency on auto<br>2003 Kia Sorrento repossessed 4/14 | | | | $ 4,000.00 |

Sheet No. __12__ of ___24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        | $ 6,032.00 |
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_____,     Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 64 <br> Guaranty Bank <br> Attn:  Bankruptcy Dept <br> PO BOX  240200 <br> Milwaukee WI 53224-9010 | | | 2009-2014 <br> Credit Account | | | | $ 0.00 |
| Account No:  8915 <br> Creditor # : 65 <br> I. C. System Inc. <br> RE:   Chase <br> 444 Highway 96 E, PO BOX 64886 <br> Saint Paul MN 55164-0887 | | | 2004-2010 <br> Collection | | | | $ 624.00 |
| Account No:  2990 <br> Creditor # : 66 <br> Illinois Eye Institute <br> Attn:  Patient Accts <br> 3241 S Michigan Ave <br> Chicago IL 60616 | | | 2009-2014 <br> Medical Bills | | | | $ 4.00 |
| Account No:  1897 <br> Creditor # : 67 <br> Island National Group <br> RE:   Charter One Bank <br> 6851 Jericho Turnpike <br> Syosset NY 11791 | | | 2004-2010 <br> Collection | | | | $ 96.00 |
| Account No:  5182 <br> Creditor # : 68 <br> Laboratory & Pathology Diagnos <br> Attn:  Patient Accounts <br> Dept. 4387 <br> Carol Stream IL 60122-0001 | | | 2004-2010 <br> Medical Bills | | | | $ 52.00 |

Sheet No.  13  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 776.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel C. Jenkins_____,       Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   7730<br>Creditor # : 69<br>Laboratory Corp of America<br>Attn:  collections<br>PO BOX  2240<br>Burlington NC 27215-2240 | | 2004-2010<br>Medical Bills | | | | $ 95.00 |
| Account No:<br>Creditor # : 70<br>LaGrange Memorial Hospital<br>Attn:  Patient Accts<br>5101 S. Willow Springs Rd<br>LaGrange IL 60525-2600 | | 2009-2014<br>Medical Bills | | | | $ 0.00 |
| Account No:   0915<br>Creditor # : 71<br>LVNV Funding<br>RE:  Credit One Bank<br>PO BOX  10497<br>Greenville SC 29603-0584 | | 2004-2010<br>Notice to Collector | | | | $ 984.00 |
| Account No:   6781<br>Creditor # : 72<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  Adventist Hinsdale<br>332 S. Michigan Ave  #600<br>Chicago IL 60604 | | 2004-2010<br>Collection on Medical Bills | | | | $ 50.00 |
| Account No:<br>Creditor # : 73<br>MarianJoy Rehablink<br>Attn:  Patient Accts<br>5602 Eagle Way<br>Chicago IL 60678 | | 2009-2014<br>Medical Bills | | | | $ 0.00 |

Sheet No.   14  of   24  continuation sheets attached to Schedule of           **Subtotal $**         $ 1,129.00
Creditors Holding Unsecured Nonpriority Claims                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel C. Jenkins_ _____ ,    Case No._____
      **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    1712<br>Creditor # : 74<br>Merchants Credit Guide<br>RE:  Adventist Hinsdale<br>223 W. Jackson Blvd, #900<br>Chicago IL 60606-6908 | | 2004-2010<br>Notice to Collector | | | | $ 50.00 |
| Account No:    1950<br>Creditor # : 75<br>Merchants Credit Guide<br>RE:  Adventist Bolingbroook<br>223 W. Jackson Blvd, #700<br>Chicago IL 60606 | | 2009-2014<br>Collection on Medical Bills | | | | $ 75.00 |
| Account No:<br>Creditor # : 76<br>Merchants Credit Guide<br>RE:  Edward Hospital<br>223 W. Jackson Blvd, #700<br>Chicago IL 60606 | | 2009-2014<br>Collection on Medical Bills<br>Various Accounts | | | | $ 33,508.00 |
| Account No:<br>Creditor # : 77<br>Metabank<br>Attn:  Bankruptcy Dept<br>5501 S. BroadBand Lane<br>Sioux Falls SD 57108 | | 2009-2014<br>Credit Account | | | | $ 1,494.00 |
| Account No:<br>Creditor # : 78<br>Michael J. Reicherts MD<br>Attn:  Patient Accts<br>4043 State Route 59<br>Naperville IL 60564 | | 2004-2010<br>Medical Bills | | | | $ 478.00 |

Sheet No. _15_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 35,605.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_____,    Case No._____

**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  3234 <br> Creditor # : 79 <br> Midland Credit Management <br> RE:  Tribute Mastercard <br> 8875 Aero Dr <br> San Diego CA 92123 | | 2004-2010 <br> Collection | | | | $ 1,364.00 |
| Account No:  4813 <br> Creditor # : 80 <br> Midland Credit Management <br> RE:  T-Mobile <br> 8875 Aero Dr   #200 <br> San Diego CA 92123 | | 2009-2014 <br> Notice to Collector | | | | $ 0.00 |
| Account No:  0758 <br> Creditor # : 81 <br> MiraMed Revenue Group, LLC <br> RE:  Dupage Medical Gr <br> PO BOX  77000, Dept 77304 <br> Detroit MI 48277-0304 | | 2004-2010 <br> Collection on Medical Bills | | | | $ 702.00 |
| Account No: <br> Creditor # : 82 <br> Morton College <br> Attn:  Business Office <br> 3801 S. Central Ave <br> Cicero IL 60804 | | 2004-2010 <br> Tuition | | | | $ 1,932.00 |
| Account No:  6890 <br> Creditor # : 83 <br> MRSI <br> Attn:  Bankrutpcy Dept <br> 2200 E. Devon, #288 <br> Des Plaines IL 60018 | | 2004-2010 <br> Collection | | | | $ 423.00 |

Sheet No. _16_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 4,421.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_ _____ ,        Case No. _____
        **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7730<br>Creditor # : 84<br>Muy Interesante<br>Attn:  Collections<br>PO BOX  422265<br>Palm Coast FL 32142-2265 | | | 2004-2010<br>Subscriptions | | | | $ 24.00 |
| Account No:<br>Creditor # : 85<br>Naperville Aurora Currency Exc<br>RE Collection Dept<br>376 Illinois Route 59 #104<br>Naperville IL 60540 | | | 2009-2014<br>Unsecured | | | | $ 200.00 |
| Account No:   7667<br>Creditor # : 86<br>Nationwide Credit, Inc.<br>RE:  Fifth Third Bank<br>4700 Vestal Pkwy E<br>Vestal NY 13850-370 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:   0914<br>Creditor # : 87<br>NCO Financial Systems Inc.<br>RE: Credit One<br>507 Prudential Road<br>Horsham PA 19044 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:   1428<br>Creditor # : 88<br>Nelnet Loan Services<br>Attn:   Bankruptcy Dept<br>121 S. 13th Street<br>Lincoln NE 68508 | | | 2009-2014<br>Student Loan | | | | $ 13,172.00 |

Sheet No. __17__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 13,396.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Raquel c. Jenkins_ ,                                    Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    5126 Creditor # : 89 NICOR Gas Attn: Bankruptcy Dept 1844 W. Ferry Road Naperville IL 60563-9662 | | 2004-2010 Utility Bills 31-18-99-75126 | | | | $ 300.00 |
| Account No:    5126 Creditor # : 90 Nicor Gas Attn Bankruptcy Dept PO Box 549 Aurora IL 60507-0000 | | 2014 Notice to Other Location Acct: 31-18-99-75126 | | | | $ 0.00 |
| Account No:    46JN Creditor # : 91 North Shore Agency RE:  US Weekly 270 Spagnoli Rd, #111 Melville NY 11747 | | 2004-2010 Collection | | | | $ 99.00 |
| Account No:    5566 Creditor # : 92 Nuvell Financial Services LLC Attn:  Bankruptcy Dept PO BOX  1762 Greeley CO 80632-1762 | | 2004-2010 Deficiency on vehicle | | | | $ 5,761.00 |
| Account No:    0001 Creditor # : 93 PayDay Loan Store of Il, Inc. Attn:  Bankruptcy Dept 3908 S.  Harlem Ave Lyons IL 60534 | | 2004-2010 Loan | | | | $ 595.00 |

Sheet No. _18_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 6,755.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_ _____ ,    Case No._____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 94<br>Planet Fitness<br>RE Collection Dept<br>8301 S. Holland Rd<br>Chicago IL 60620 | | 2009-2014<br>Subscriptions | | | | $ 0.00 |
| Account No:<br>Creditor # : 95<br>Planet Fitness<br>RE Collection Dept<br>1163 E. Ogden Ave<br>Naperville IL 60540 | | 2013<br>Notice | | | | $ 0.00 |
| Account No:<br>Creditor # : 96<br>Platinum Capital Investment<br>Attn: Bankruptcy Dept<br>1245 S. Main #100<br>Grapevine TX 76051 | | 2004-2010<br>Collection | | | | $ 588.00 |
| Account No:<br>Creditor # : 97<br>Prescriptions by Mail | | 2009-2014<br>Medical Bills | | | | $ 0.00 |
| Account No:   7746<br>Creditor # : 98<br>Radiologist of DuPage<br>Attn: Patient Accts<br>520 E. 22nd St<br>Lombard IL 60148 | | 2004-2010<br>Medical Bills | | | | $ 24.00 |

Sheet No. _19_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 612.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_ ,   Case No._____
                    **Debtor(s)**                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 1916<br>Creditor # : 99<br>Regent Asset Mgt Solutions<br>RE: Bank of America<br>7290 Samuel Dr, #200<br>Denver CO 80221 | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 100<br>Rent-A-Center<br>RE Collection Dept<br>7325 S. Ashland Ave<br>Chicago IL 60636 | | 2009-2014<br>Unsecured | | | | $ 300.00 |
| Account No: 3690<br>Creditor # : 101<br>Revenue Cycle Solutions RCS<br>RE: Edward Hospital<br>PO BOX 7229<br>Westchester IL 60154 | | 2004-2010<br>Collection on Medical Bills | | | | $ 219.00 |
| Account No: 2868<br>Creditor # : 102<br>Rewards 660<br>Attn: Bankruptcy Dept<br>PO BOX 89210<br>Sioux Falls SD 57109-9210 | | 2004-2010<br>Credit Card Purchases<br>Disputed/card not applied for or accepted by debtor | | | | $ 250.00 |
| Account No: 12R3<br>Creditor # : 103<br>RJM Acquisitions Funding<br>RE: Scholastic<br>575 Underhill Blvd, Ste 224<br>Syosset NY 11791 | | 2009-2014<br>Collection | | | | $ 47.00 |

Sheet No. _20_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 816.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_ _____ ,     Case No._____
                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1782<br>Creditor # : 104<br>RJM Acquisitions Funding<br>RE:  Charter One<br>575 Underhill Blvd, Ste 2<br>Syosset NY 11791 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 105<br>Route 66 Auto Mart<br>RE Collection Dept<br>512 N. Broadway St<br>Aurora IL 60505 | | | 2009-2014<br>Deficiency on Automobile | | | | $ 1,000.00 |
| Account No:   7073<br>Creditor # : 106<br>Rush-Copley Medical Center<br>Attn:  Patient Accts<br>2000 Ogden Ave<br>Aurora IL 60504 | | | 2004-2010<br>Medical Bills | | | | $ 503.00 |
| Account No:<br>Creditor # : 107<br>Safe Auto Insurance Co<br>Attn:  Collections<br>3883 East Broad St<br>Columbus OH 43213-1129 | | | 2009-2014<br>Insurance Premium | | | | $ 0.00 |
| Account No:   7905<br>Creditor # : 108<br>SALLIE MAE<br>Attn:  Bankruptcy Dept<br>PO BOX  9500<br>Wilkes Barre PA 18773-9500 | | | 2004-2010<br>Student Loan | | | | $ 2,112.00 |

Sheet No. _21_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 3,615.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel C. Jenkins_____ ,        Case No._____
        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 109<br>Sallie Mae Student Loans<br>Attn:  Bankruptcy Dept<br>PO Box 9500<br>Wilkes Barre PA 18773-9500 | | | 2009-2014<br>Notice | | | | $ 0.00 |
| Account No:    0711<br>Creditor # : 110<br>Sprint<br>Attn:  Bankruptcy Dept<br>PO BOX  4191<br>Carol Stream IL 60197-4191 | | | 2004-2010<br>Cellular Telephone | | | | $ 1,207.00 |
| Account No:<br>Creditor # : 111<br>State Farm Insurance<br>Attn:  Bankruptcy Dept<br>PO BOX  2327<br>Bloomington IL 61702-2327 | | | 2009-2014 | | | | $ 0.00 |
| Account No:    4268<br>Creditor # : 112<br>Superior Asset Management<br>RE:  T Mobile<br>PO BOX  4339<br>Fort Walton Beac FL 32549-0596 | | | 2004-2010<br>Notice to Collector | | | | $ 0.00 |
| Account No:    6001<br>Creditor # : 113<br>T Mobile<br>Attn:  Bankruptcy Dept<br>PO BOX  742596<br>Cincinnati OH 45274-2596 | | | 2004-2010<br>Cellular Telephone | | | | $ 1,004.00 |

Sheet No.  22  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,211.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel C. Jenkins_____,        Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1036  **Creditor # : 114** **The Billing Center** **Attn:  Collections** **PO BOX  60001 (People)** **Tampa FL 33660-0001** | | | 2004-2010 Subscriptions | | | | $ 113.00 |
| Account No:  **Creditor # : 115** **Triad Auto** **Attn:   Bankruptcy Dept** **512 N. Broadway St** **Aurora IL 60505** | | | 2009-2014 Automobile Loan | | | | $ 0.00 |
| Account No:  **Creditor # : 116** **Twin Lake Towers** **RE Collection Dept** **200 W. 60th St** **Westmont IL 60559** | | | 2090-2014 Former Landlord | | | | $ 1,000.00 |
| Account No:   6625  **Creditor # : 117** **U.S. Cellular** **Attn:  Write Off Department** **PO BOX  7835** **Madison WI 53707-7835** | | | 2004-2010 Cellular Telephone | | | | $ 418.00 |
| Account No:   8601  **Creditor # : 118** **Uptown** **Attn:   Collections** **PO BOX  16595** **North Hollywood CA 91615-9883** | | | 2004-2010 Subscriptions | | | | $ 20.00 |

Sheet No.  _23_  of  _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,551.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Raquel c. Jenkins_____ ,      Case No._____
　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   6320 Creditor # : 119 Valley Imaging Consultants LLC Attn:  Patient Accts 6910 S. Madison St Willowbrook IL 60527-5504 | | 2004-2010 Medical Bills | | | | $ 48.00 |
| Account No:   1620 Creditor # : 120 Village of Bolingbrook Attn:  Collections 375 W. Briarcliff Road Bolingbrook IL 60440 | | 2090-2014 Medical Bills | | | | $ 522.00 |
| Account No:   6401 Creditor # : 121 Westmont Fire Dept Attn:  Collections PO BOX  457 Wheeling IL 60090 | | 2004-2010 Medical Bills | | | | $ 520.00 |
| Account No:   4692 Creditor # : 122 Womens Center for Health RE Collection Dept 1220 Hobson Rd Naperville IL 60540 | | 2012 Medical Bills | | | | $ 277.00 |
| Account No: | | | | | | |

Sheet No.  _24_ of  _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 1,367.00

Total $       $ 99,210.00

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re __Raquel C. Jenkins_____ / Debtor    Case No. _____
                                                                        (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _Raquel C. Jenkins_ _____ / Debtor      Case No. _____

                                                                                        (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Alexando Chang_ | _Gerlad Howell_<br>_1842 Wesley Ave_<br>_Berwyn IL  60402_ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Raquel c. Jenkins |
| | First Name      Middle Name      Last Name |
| Debtor 2 (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN    District of   ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Care_Technician | |
| Employer's name | Rinella Orthotics | |
| Employer's address | 1890 Silver Cross Blvd #445<br>Number   Street | Number   Street |
| | New Lenox    IL     60451<br>City      State    ZIP Code | City      State    ZIP Code |
| How long employed there? | 2mth | |

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

Debtor 1    Raquel c. Jenkins

First Name    Middle Name    Last Name      Case number *(if known)*_____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ......................................................→ | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 73.67 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 793.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 710.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,503.00 + $ 0.00 = | $ 1503.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

   Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

   Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

   Specify:   Family Assistance _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
   Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.   $ 1903.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

   [✓] No.

   [ ] Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1      Raquel c. Jenkins
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: NORTHERN _____ District of ILLINOIS

Case number
(If known)  _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**        ☐ No

   Do not list Debtor 1 and        ☑ Yes. Fill out this information for
   Debtor  2.                            each dependent..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| son | yr | ☐ No  ☑ Yes |
| son | yr | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include**   ☑ No
   **expenses of people other than**  ☐ Yes
   **yourself and your dependents?**

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

|  |  | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 956.00 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | $ 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d.   Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    Raquel c. Jenkins
       First Name      Middle Name      Last Name

Case number *(if known)*_____

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $ _____ 0.00

6. **Utilities:**

   6a. Electricity, heat, natural gas    6a.    $ _____ 200.00

   6b. Water, sewer, garbage collection    6b.    $ _____ 0.00

   6c. Telephone, cell phone, Internet, satellite, and cable services    6c.    $ _____ 150.00

   6d. Other. Specify: _____    6d.    $ _____

7. **Food and housekeeping supplies**    7.    $ _____ 800.00

8. **Childcare and children's education costs**    8.    $ _____ 20.00

9. **Clothing, laundry, and dry cleaning**    9.    $ _____ 80.00

10. **Personal care products and services**    10.    $ _____ 30.00

11. **Medical and dental expenses**    11.    $ _____ 20.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $ _____ 200.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $ _____ 40.00

14. **Charitable contributions and religious donations**    14.    $ _____ 0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance    15a.    $ _____ 0.00

   15b. Health insurance    15b.    $ _____ 0.00

   15c. Vehicle insurance    15c.    $ _____ 0.00

   15d. Other insurance. Specify:_____    15d.    $ _____ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.    $ _____ 0.00

17. **Installment or lease payments:**

   17a. Car payments for Vehicle 1    17a.    $ _____ 0.00

   17b. Car payments for Vehicle 2    17b.    $ _____ 0.00

   17c. Other. Specify:_____    17c.    $ _____ 0.00

   17d. Other. Specify:_____    17d.    $ _____ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form B 6I).**    18.    $ _____ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19.    $ _____ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a. Mortgages on other property    20a.    $ _____ 0.00

   20b. Real estate taxes    20b.    $ _____ 0.00

   20c. Property, homeowner's, or renter's insurance    20c.    $ _____ 0.00

   20d. Maintenance, repair, and upkeep expenses    20d.    $ _____ 0.00

   20e. Homeowner's association or condominium dues    20e.    $ _____ 0.00

Debtor 1    Raquel c. Jenkins
_____
First Name    Middle Name    Last Name

Case number (if known)_____

21.  **Other**. Specify: ___Stuydent Loan_____    21.   +$ _____50.00

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                      22.   $ _____2546.00

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.   $ _____1903.00

     23b.  Copy your monthly expenses from line 22 above.    23b.   − $ _____2546.00

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.           23c.   $ _____-2546.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.      Explain here:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Raquel c. Jenkins |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | NORTHERN   District of   ILLINOIS |
| Case Number (if known) | |

Form B 6J

# Schedule J: Your Expenses – Continuation Page

**All figures below are included in the total on Line 22 of Schedule J**

| 2. Additional Dependents<br>Do not list Debtor 1 and Debtor 2.<br>Do not state the dependents' names. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ❑No<br>❑Yes |
| | _____ | _____ | ❑No<br>❑Yes |
| | _____ | _____ | ❑No<br>❑Yes |

**Your Expenses**

**6d.   Other Utilities.**

Specify:   Additional Other Utilities                                    $            0.00

Specify:   _____                 $ _____

**15d.   Other Insurance.**

Specify:   Additional Other Insurance                                $            0.00

Specify:   _____                 $ _____

**16.   Taxes.  Do not included taxes deducted from your pay or included in Lines 4 or 20.**

Specify:   _____                 $ _____

Specify:   _____                 $ _____

**19.   Other payments you make to support others who do not live with you.**

Specify:   _____                 $ _____

Specify:   _____                 $ _____

**21.   Other.**

Specify:   Additional Other Expenses                              $            0.00

Specify:   _____                 $ _____

Specify:   _____                 $ _____

Specify:   _____                 $ _____

Specify:   _____                 $ _____

Specify:   _____                 $ _____

B6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Raquel c. Jenkins*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $      2,950.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $      3,200.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *25* | | $     99,210.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      1,903.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      2,546.00 |
| TOTAL | | *36* | $      2,950.00 | $    102,410.00 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *Raquel C. Jenkins*                                     Case No.

Chapter  **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *15,284.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *15,284.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ *1,903.00* |
| Average Expenses (from Schedule J, Line 22) | $ *2,546.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *0.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *2,200.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *99,210.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *101,410.00* |

B6 Declaration (Official Form 6 - Declaration) (12/13)

In re _Raquel c. Jenkins_ _____    Case No. _____
                    Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___37___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _4/11/2014_ _____       Signature _/s/ Raquel c. Jenkins_ _____
                                                               _Raquel c. Jenkins_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER  (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer: _____                Social security No. : _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (4/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: *Raquel c. Jenkins* _____,     Case No. _____
                         Debtor                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

None
☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

Year to date:$1.119.57          *2014 Wages from employment*
    Last Year:$8,957.00         *2013   Same*
Year before:12,360.00           *2012   Same*

---

### 2. Income other than from employment or operation of business

None
☐
State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

Year to date:$                  *2014*
    Last Year:$0.00             *2013 None*
Year before:$2,709.00           *2012 Unemployment compensation*

### 3. Payments to creditors

None ☒    Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Raquel Jenkins vs. Marianjoy Rehabilitation 10 WC 01525 and 10 WC 28156* | *Worker compensation claim* | *Illinois Industrial Commission* | *Settled 6/18/13. Debtor received $31,284.75* |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Greater Chicago* | *4/2014* | *Description:  2003 Kia Sorrento* |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Finance Address:See Creditior Schedule F* | | |

---

**6. Assignments and receiverships**

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass Address: 2021 Midwest Road Oak Brook, IL 60521* | *Date of Payment: Payor: Raquel c. Jenkins* | *$650.00* |

---

**10. Other transfers**

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

## 11. Closed financial accounts

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 12. Safe deposit boxes

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 13. Setoffs

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 14. Property held for another person

None ☒   List all property owned by another person that the debtor holds or controls.

---

## 15. Prior address of debtor

None ☐   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor: Raquel Jenkins*<br>*Address: 195 Clifton Lane*<br>*Bolingbrook IL.* | *Name(s): Same as on petition* | *2010-13* |

---

## 16. Spouses and Former Spouses

None ☒   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

## 17. Environmental Information

None ☒   For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the

cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None
☒  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses        in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses        in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

---

None
☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None
☒    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None
☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None
☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None ☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  04/11/2014     Signature  */s/ Raquel c. Jenkins*
                                  of Debtor

Date                Signature
                                    of Joint Debtor
                                    (if any)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

_____

_____

Address

X _____          _____

  Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Raquel C. Jenkins*                          Case No.
                                                   Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Colortyme Furniture* | *Household Furniture* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes     ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *04/11/2014* _____    Debtor: */s/ Raquel C. Jenkins* _____

Date: _____    Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Raquel C. Jenkins*

Case No.
Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*650.00*____
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*650.00*____
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*____

3.  $_____*299.00*_____of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *04/11/2014*                          Respectfully submitted,


                                X */s/ Richard S. Bass* _____
              Attorney for Petitioner: *Richard S. Bass*
                                *Law Office of Richard S. Bass, LTD.*
                                *2021 Midwest Road*
                                *Suite #200*
                                *Oak Brook IL  60523*
                                *630-953-8655*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Raquel c. Jenkins*

Case No.

Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Richard S. Bass*


## <u>VERIFICATION OF CREDITOR MATRIX</u>


The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.


Date: *04/11/2014*_____

*/s/ Raquel c. Jenkins*_____

Debtor

AAron's (The Stevbl & George Assoc
Attn:  Collections
1218 N. Lake St
Aurora, IL  60506

Advance America
Cash Advance Ctrs of Illinois
1552 N. Aurora Rd,  #100
Naperville, IL  60563

Advanced Call Ctr Technologies
RE:  Sprint
Box 8577
Gray, TN  37615

Adventist Bolingbrook Hospital
Attn:  Patient Accts
500 Remington Blvd
Bolingbrook, IL  60440

Advocate Health-Good Samaritan
Attn:  Patient Accts
3815 Highland Ave
Downers Grove, IL  60516

Ally Bank
RE Collection Dept
PO Box 951
Horsham, PA  19044

American Bankers Insurance Co
Attn:  Bankruptcy Dept
23852 Netwrok Place
Chicago, IL  60673-1238

American Family Insurance
Attn Collection Dept
6000 American Pky
Madison, WI  53783-0001

American Medical Collection
RE:  LabCorp of America
2269 S. Saw Mill River Rd, #3
Elmsford, NY  10523

Americash Loans, L.L.C.
Attn:  Bankrupcty Dept
848 N. Route 59
Aurora, IL  60504

Arnold Scott Harris, P.C.
RE:  City of Chicago
111 W. Jackson Blvd    #600
Chicago, IL  60604

ATG Credit, LLC
RE:  Valley Imaging Consultant
1700 W Corland St  #201
Chicago, IL  60622

Baker Collection
RE: Collection Dept
1020 S. Washington St
Owosso, MI  48867

Bank of America
Attn: Bankruptcy Dept
PO BOX  982235
El Paso, TX  79998-2235

Berwyn Police Dept
Attn:  Collections
6401 W 31st St
Berwyn, IL  60402

Biehl & Biehl, Inc.
RE:  Chicago Tribune
325 E. Fullerton Ave
Carol Stream, IL  60188

Brown Mackie College
RE Financial Dept
1000 East 80th Place #101
Merrillville, IN  46410-7033

Capital Management Services
RE:  Credit One Bank
726 Exchange Street, Suite 700
Buffalo, NY  14210

Capital One
Attn:  Bankruptcy Dept
P.O. BOX  30285
Salt Lake City, UT  84130-0285

Capital One
Attn:  Bankruptcy Dept
P.O. BOX  5155
Norcross, GA  30091

CBE Group Inc.
RE: Commonwealth Edison
131 Tower Park Dr, #100
Waterloo, IA  50701

Charter One Bank
Attn:  Bankruptcy Dept
1 Citizens Dr
Riverside, RI  02915

Chase
Attn:  Bankruptcy Dept
PO BOX  15298
Wilmington, DE  19850-5298

Check 'n Go
Attn:  Collections
4540 Cooper Rd  #305
Cincinnati, OH  45242

City of Chicago
Dept of Revenue
PO BOX  88292
Chicago, IL  60680-1292

City of Chicago
Department of Revenue
PO BOX  88292
Chicago, IL  60680-1292

City of Naperville
Attn:   Collection Dept
400 S. Eagle St
Naperville, IL  60540

Collection Professionals Inc
RE: Dr. Michael Reicherts
723 First St
La Salle, IL  61301-2535

College of DuPage
Attn:  SRC Bldg, Room 2049A
425 Fawell Blvd
Glen Ellyn, IL  60137-6599

Colortyme Furniture
2159 W. Jefferson
Joliet, IL  60435

Comcast
Attn:  Bankruptcy Dept
PO BOX  3002
Southeastern, PA  19398-3002

Commonwealth Edison
Attn:  Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL  60523-9644

Continental Finance Co, LLC
Attn:  Bankruptcy Dept
PO BOX  8099
Newark, DE  19714-8099

Countrywood Apartments
RE Collection Dept
787 Inland Dr
Naperville, IL  60563

Credit Collection Services
RE:  American Family Ins
Two Wells Avenue
Newton Center, MA  02459

Credit Control LLC
RE:  Phoenix Asset
245 E Roselawn,  #25-26
Maplewood, MN  55117

Credit Management
RE:  Comcast
4200 International Pkwy
Carrollton, ITX  75007-1906

Credit Management
RE:  US Cellular
4200 International Pkwy
Carrollton, TX  75007

Credit One Bank
Attn:  Bankruptcy Dept
PO BOX  98873
Las Vegas, NV  89193

Credit Protection Assoc
RE:  COMCAST
13355 Noel Rd, Suite 2100
Dallas, TX  75240

Crescent Primary Care
Attn:  Patient Accts
2132 Deep Water Ln  #228
Naperville, IL  60564-8568

Direct Loan SVC System
Attn:  Bankruptcy Dept
PO BOX  5609
Greenville, TX  75403-5609

Diversified Adjustment Service
RE:  Sprint
600 Coon Rapids Blvd
Coon rapids, MN  55433

Dr. Alan Villanueva D.M.D.
Attn:  Patient Accts
7546 S. Janes Ave
Woodridge, IL  60517-2926

DSG Collect
RE:  Rush Copley Med Ctr
1824 W Grand Ave  #200
Chicago, IL  60622

DuPage Medical Group
Attn:  Patient Accts
1860 Payshpere Circle
Chicago, IL  60674

Edward Hospital
Attn:   Patients Accts
PO Box 4207
Carol Stream , IL  60197-4207

Emergency Healthcare Physician
RE Collection Dept
120 N. Oak St
Hinsdale, IL  60521

Enhanced Recovery Company
RE:  Sprint
8014 Bayberry Rd
Jacksonville, FL  32256

Enterprise Rent A Car
Attn: Loss Prevention Dpt
PO Box 2472
Glen Ellyn, IL  60138-2472

Everest College
RE Collection Dept
150 Lincoln Way  #100
North Aurora, IL  60542

Fast Cash Advance
Attn:  Bankruptcy Dept
4231L N. Bolingbrook Dr
Bolingbrook, IL  60440

FBCS
RE:  Bank of America
2200 Byberry Rd,  #120
Hatboro, PA  19040-3738

Fifth Third Bank
Attn:  Bankruptcy Dept
5001 Kingsley Dr
Cincinnati, OH  45263

First Bank of Delaware
Attn:  Bankruptcy Dept
1608 Walnut St, #1000
Philadelphia, PA  19103

First Financial Asset Mgmt
RE:  Nuvell-Semperian
PO Box 6887
Miramar Beach, FL  32550

First Midwest Bank
Attn:  Bankruptcy Dept
300 N. Hunt Club Rd
Gurnee, IL  60031

GE Credit Bank/Sams Club
Attn:  Bankruptcy Dept
PO Box 103104
Roswell, GA  30076

Gerlad Howell
1842 Wesley Ave
Berwyn, IL  60402

Gottlieb Memorial Hospital
Attn:   Patient Accts
701 W. North Ave
Melrose Park, IL  60160

Great Lakes Financial Svcs
Attn:  Bankruptcy Dept
8331 W. Roosevelt Rd
Forest Park, IL  60130

Guaranty Bank
Attn:  Bankruptcy Dept
PO BOX  240200
Milwaukee, WI  53224-9010

I. C. System Inc.
RE:    Chase
444 Highway 96 E, PO BOX 64886
Saint Paul, MN  55164-0887

Illinois Eye Institute
Attn:  Patient Accts
3241 S Michigan Ave
Chicago, IL  60616

Island National Group
RE:  Charter One Bank
6851 Jericho Turnpike
Syosset, NY  11791

Laboratory & Pathology Diagnos
Attn:  Patient Accounts
Dept. 4387
Carol Stream, IL  60122-0001

Laboratory Corp of America
Attn:  collections
PO BOX  2240
Burlington, NC  27215-2240

LaGrange Memorial Hospital
Attn:   Patient Accts
5101 S. Willow Springs Rd
LaGrange, IL  60525-2600

LVNV Funding
RE:  Credit One Bank
PO BOX  10497
Greenville, SC  29603-0584

Malcolm S. Gerald & Assoc, Inc
RE:  Adventist Hinsdale
332 S. Michigan Ave  #600
Chicago, IL  60604

MarianJoy Rehablink
Attn:  Patient Accts
5602 Eagle Way
Chicago, IL  60678

Merchants Credit Guide
RE:  Adventist Bolingbroook
223 W. Jackson Blvd, #700
Chicago, IL  60606

Merchants Credit Guide
RE:  Edward Hospital
223 W. Jackson Blvd, #700
Chicago, IL  60606

Merchants Credit Guide
RE:  Adventist Hinsdale
223 W. Jackson Blvd, #900
Chicago, IL  60606-6908

Metabank
Attn:  Bankruptcy Dept
5501 S. BroadBand Lane
Sioux Falls, SD  57108

Michael J. Reicherts MD
Attn:  Patient Accts
4043 State Route 59
Naperville, IL  60564

Midland Credit Management
RE:  Tribute Mastercard
8875 Aero Dr
San Diego, CA  92123

Midland Credit Management
RE:  T-Mobile
8875 Aero Dr   #200
San Diego, CA  92123

MiraMed Revenue Group, LLC
RE:  Dupage Medical Gr
PO BOX  77000, Dept 77304
Detroit, MI  48277-0304

Morton College
Attn:  Business Office
3801 S. Central Ave
Cicero, IL  60804

MRSI
Attn:  Bankrutpcy Dept
2200 E. Devon, #288
Des Plaines, IL  60018

Muy Interesante
Attn:  Collections
PO BOX  422265
Palm Coast, FL  32142-2265

Naperville Aurora Currency Exc
RE Collection Dept
376 Illinois Route 59 #104
Naperville, IL  60540

Nationwide Credit, Inc.
RE:  Fifth Third Bank
4700 Vestal Pkwy E
Vestal, NY  13850-370

NCO Financial Systems, Inc
RE: Credit One
507 Prudential Road
Horsham, PA  19044

Nelnet Loan Services
Attn:  Bankruptcy Dept
121 S. 13th Street
Lincoln, NE  68508

NICOR Gas
Attn: Bankruptcy Dept
1844 W. Ferry Road
Naperville, IL  60563-9662

Nicor Gas
Attn Bankruptcy Dept
PO Box 549
Aurora, IL  60507-0000

North Shore Agency
RE:  US Weekly
270 Spagnoli Rd, #111
Melville, NY  11747

Nuvell Financial Services LLC
Attn:  Bankruptcy Dept
PO BOX  1762
Greeley, CO  80632-1762

PayDay Loan Store of Il, Inc.
Attn:  Bankruptcy Dept
3908 S.  Harlem Ave
Lyons, IL  60534

Planet Fitness
RE Collection Dept
1163 E. Ogden Ave
Naperville, IL  60540

Planet Fitness
RE Collection Dept
8301 S. Holland Rd
Chicago, IL  60620

Platinum Capital Investment
Attn:  Bankruptcy Dept
1245 S. Main  #100
Grapevine, TX  76051

Prescriptions by Mail

Radiologist of DuPage
Attn:  Patient Accts
520 E. 22nd St
Lombard, IL  60148

Regent Asset Mgt Solutions
RE:  Bank of America
7290 Samuel Dr, #200
Denver, CO  80221

Rent-A-Center
RE Collection Dept
7325 S. Ashland Ave
Chicago, IL  60636

Revenue Cycle Solutions RCS
RE:  Edward Hospital
PO BOX  7229
Westchester, IL  60154

Rewards 660
Attn:  Bankruptcy Dept
PO BOX  89210
Sioux Falls, SD  57109-9210

RJM Acquisitions Funding
RE: Scholastic
575 Underhill Blvd, Ste 224
Syosset, NY  11791

RJM Acquisitions Funding
RE:  Charter One
575 Underhill Blvd, Ste 2
Syosset, NY  11791

Route 66 Auto Mart
RE Collection Dept
512 N. Broadway St
Aurora, IL  60505

Rush-Copley Medical Center
Attn:  Patient Accts
2000 Ogden Ave
Aurora, IL  60504

Safe Auto Insurance Co
Attn:  Collections
3883 East Broad St
Columbus, OH  43213-1129

SALLIE MAE
Attn:  Bankruptcy Dept
PO BOX  9500
Wilkes Barre, PA  18773-9500

Sallie Mae Student Loans
Attn:  Bankruptcy Dept
PO Box 9500
Wilkes Barre, PA  18773-9500

Sprint
Attn:  Bankruptcy Dept
PO BOX  4191
Carol Stream, IL  60197-4191

State Farm Insurance
Attn:  Bankruptcy Dept
PO BOX  2327
Bloomington, IL  61702-2327

Superior Asset Management, Inc.
RE:  T Mobile
PO BOX  4339
Fort Walton Beac, FL  32549-0596

T Mobile
Attn:  Bankruptcy Dept
PO BOX  742596
Cincinnati, OH  45274-2596

The Billing Center
Attn:  Collections
PO BOX  60001 (People)
Tampa, FL  33660-0001

Triad Auto
Attn:  Bankruptcy Dept
512 N. Broadway St
Aurora, IL  60505

Twin Lake Towers
RE Collection Dept
200 W. 60th St
Westmont, IL  60559

U.S. Cellular
Attn:  Write Off Department
PO BOX  7835
Madison, WI  53707-7835

Uptown
Attn:  Collections
PO BOX  16595
North Hollywood, CA  91615-9883

Valley Imaging Consultants LLC
Attn:  Patient Accts
6910 S. Madison St
Willowbrook, IL  60527-5504

Village of Bolingbrook
Attn:  Collections
375 W. Briarcliff Road
Bolingbrook, IL  60440

Westmont Fire Dept
Attn:  Collections
PO BOX  457
Wheeling, IL  60090

Womens Center for Health
RE Collection Dept
1220 Hobson Rd
Naperville, IL  60540